[No. 2729-1.    Division One.    June 23, 1975.]

DEAN VINCENT, INC., *Respondent*, v. ATHENS ROYAL HEALTH SPA, INC., *Appellant*, C. W. MORRIS *et al, Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 47387, Marshall Forrest, J., entered December 21, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 2531-1.    Division One.    June 23, 1975.]

PAUL KRICK *et al, Respondents*, v. CALVIN L. LONGSTRETH *et al, Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 45317, Byron L. Swedberg, J., entered August 21, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.

[No. 3016-1.    Division One.    June 23, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBROSE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65381, Robert W. Winsor, J., entered April 17, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Farris, JJ.

[No. 2725-1.    Division One.    June 23, 1975.]

GARY A. LANE *et al, Respondents*, v. HOWARD RAND *et al, Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 757347, Robert M. Elston, J., entered December 7, 1973. *Affirmed* by unpublished opinion per Denney, J. Pro Tem., concurred in by Callow and Andersen, JJ.